# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN EMBRY, | : | Case No. 3:21-cv-233 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| SIMON & SIMON PC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

On November 2, 2023, United States District Judge Michael J. Newman referred the sanctions issue in the above-captioned case to the undersigned for oral argument and a Report and Recommendation pursuant to 28 U.S.C. § 636. (Doc. #42).

Accordingly, the above-captioned case is hereby set for a Show Cause Hearing regarding whether Plaintiff's counsel should be sanctioned under 28 U.S.C. § 1927 on **November 29, 2023** at **10:30 a.m.** in Courtroom 5 at the Walter H. Rice Federal Building and United States Courthouse, 200 West Second Street, Dayton, Ohio 45402.

**IT IS SO ORDERED.**

November 6, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge